ASH

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ramon Francisco Rios Lara, | No. CV-25-04485-PHX-MTL (DMF) |
| Petitioner, | |
| v. | **ORDER TO SHOW CAUSE** |
| Luis Rosa, Jr., et al., | |
| Respondents. | |

Petitioner Ramon Francisco Rios Lara has filed, through counsel, a Petition for Writ of Habeas Corpus Under § 2241.  (Doc. 1).  The Court will order Respondents to show cause for why the Petition should not be granted.

In his Petition, Petitioner names as Respondents: Florence Service Processing Center Warden Luis Rosa, Jr.; Immigration and Customs Enforcement (ICE) Phoenix Field Office Acting Field Director Christopher McGregor; ICE Acting Director Todd Lyon; Department of Homeland Security Secretary Kristi Noem; and United States Attorney General Pamela Bondi.

Petitioner is a citizen of Mexico who entered the United States in 1999 and has resided in the United States since that time.  On or about July 14, 2025, Petitioner was taken into ICE custody and classified by ICE as an "applicant for admission" subject to mandatory detention pursuant to 8 U.S.C. § 1225(b)(2).  Petitioner asserts that he is not an "applicant for admission," and that his detention is instead governed by 8 U.S.C. § 1226(a), which authorizes release on bond or conditional parole.  Petitioner further asserts that he is

a class member in *Maldonado Bautista v. Santacruz*, 5:25-CV-01873-SSS-BFM (C.D. Cal) and entitled to relief pursuant to the declaratory judgment order in that case. However, because Respondents have refused to grant him a bond redetermination hearing pursuant to § 1226(a), Petitioner asserts that his continued detention is in violation of the Immigration and Nationality Act, the Administrative Procedures Act, and the Fifth Amendment.

This issue has been presented in voluminous cases in this Court and others around the country, and, with near unanimity, courts—including this Court—have rejected ICE's position. Accordingly, Respondents will be ordered to show cause for why the Petition should not be granted. *See Maldonado Bautista v. Santacruz*, 5:25-CV-1873-SSS-BFM (C.D. Cal. Nov. 25, 2025); *Echevarria v. Bondi*, 2025 WL 2821282 (D. Ariz. Oct. 3, 2025).

**IT IS ORDERED:**

(1) Counsel for Petitioner must immediately serve the Petition upon Respondents.

(2) If not already issued, the Clerk's Office must issue any properly completed summonses.

(3) The Clerk of Court must immediately transmit by email a copy of this Order and a copy of the Petition (Doc. 1) to the United States Attorney for the District of Arizona, to the attention of Katherine Branch at katherine.branch@usdoj.gov, Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, and Theo Nickerson at theo.nickerson2@usdoj.gov.

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

(4) **NO LATER THAN 5:00 p.m. Wednesday, December 17, 2025,** Respondents must **SHOW CAUSE**, in writing, for why the Petition should not be granted.

Dated this 12th day of December, 2025.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge